IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

DORA ARGOTE
    Petitioner,

VS.

UNITED STATES OF AMERICA
    Respondent,

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DENIED
BY ORDER OF [signature]
UNITED STATES DISTRICT JUDGE
12/1/11

Case no: CR2009-00349(A)-AHM

## MOTION TO RECONSIDER TO STAY RESTITUTION UNTIL RELEASE FROM INCARCERATION

**COMES NOW,** Petitioner, Dora Argote, pro se and respectfully moves this Honorable Court to reconsider to stay restitution during the term of her incarceration pursuant to **18 USCS § 3664(k).** By statute Petitioner is entitled to inform the court of her ability to pay restitution. This inability to pay her restitution is a direct result of her incarceration and a subsequent lack of income thereof.

This Honorable Court does have jurisdiction pursuant to **18 USCS § 3664(k),** the defendant's circumstances are changed in numerous areas of economical living.

(1) Petitioner worked for a software company as an executive assistant prior to incarceration, Petitioner now is employed as a library clerk for 20 dollars a month.
(2) Petitioner receives a minimal amount of 80 dollars or less per month. (3) Petitioner fully intends to pay her restitution order owed to the court/victim when she becomes financially self sufficient following her release from prison and meaningful employment.

The Petitioner is requesting that this Honorable Court reconsider her financial resources and her projects earnings while incarcerated in determining the manner and in which restitution is to be made: **See United States v. Ruff 420 F.3d 772, 776-77.**
Petitioner prays this Honorable Court in the interest of justice will reconsider her motion to stay her restitution until petitioner is release from incarceration.
Petitioner Argote, prays for relief from this burden.

Respectfully Submitted

*Dora Argote*
Dora Argote

CERTIFICATE OF SERVICE

I Dora Argote, do hereby swear under the penalty of perjury that a true and exact copy of the above styled motion has been mailed to:

AUSA

Douglas M. Miller
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

DENIED
BY ORDER OF _____
UNITED STATES DISTRICT JUDGE
ON 12/1/11