FILED
CLERK, U.S. DISTRICT COURT
MAY - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 09-349-PSG-2 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| DORA ARGOTE | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she will comply_
_w/ conditions_
_alleged new crime_
_while on release_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she will comply w/ conditions_

IT IS ORDERED that defendant be detained.

DATED: 5/2/16

_[signature]_

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2